UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　Case No. 18-cr-20151
v.　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman

D3, SHANTRELL EDWARDS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE (ECF No. 401.)

On September 4, 2020, Defendant Shantrell Edwards filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 401.) On September 14, 2020, the Court directed Edwards to supplement her motion by providing additional information concerning whether she satisfied the exhaustion requirement under § 3582(c)(1)(A) and concerning why she qualifies for compassionate release. Edwards has not provided any information in response to the Court's order. Accordingly, her motion for compassionate release is **DENIED** without prejudice.

    **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: December 18, 2020

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2020, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda
                                                    Case Manager
                                                    (810) 341-9764